### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTIONETTE WOODARD, *individually, and on behalf of all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> HUMANA INC. and HEALTHUBB, LLC, <br><br> Defendants. | 1:23-cv-00979 <br><br> Judge: Hon. Sharon Johnson Coleman <br><br><br> JURY DEMANDED |

### NOTICE OF MOTOIN

**PLEASE TAKE NOTICE** that on Tuesday, May 9, 2023 at 10 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sharon Johnson Coleman or any other judge sitting in her stead, in Courtroom 1241 of the Everett McKinley Dirksen United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Defendant Humana Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction***, a copy of which has been served upon you.

Dated: May 1, 2023                                    Respectfully submitted,


                                                     By: *s/ Seth H. Corthell*
                                                     Martin W. Jaszczuk
                                                     Seth H. Corthell
                                                     JASZCZUK P.C.
                                                     311 South Wacker Drive, Suite 2150
                                                     Chicago, IL 60606
                                                     Telephone: (312) 442-0509
                                                     Facsimile: (312) 442-0519
                                                     mjaszczuk@jaszczuk.com
                                                     scorthell@jaszczuk.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically using the Court's CM/ECF system and has been served to all parties via email through CM/ECF on this 1st day of May 2023.

*s/ Seth H. Corthell*