# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Antionette Woodward

                Plaintiff,

v.                                    Case No.: 1:23−cv−00979

                                          Honorable Sharon Johnson Coleman

Humana, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 5/23/2023. Defendant Healthhub, LLC did not appear nor contact the Court. Counsel for plaintiff stated on the record that defendant was served on 3/15/2023 with no response from them. Counsel intends to file a motion for default. An in−person status hearing is set for 8/25/2023 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.