**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Antionette Woodward
        Plaintiff,

v.              Case No.: 1:23−cv−00979
              Honorable Sharon Johnson Coleman

Humana, Inc., et al.
        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

  MINUTE entry before the Honorable Sharon Johnson Coleman: The in−person status hearing set for 8/25/2023 at 9:00 AM is reset to 9:30 AM (NOTE TIME CHANGE ONLY). Mailed notice. (ym)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.