# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTIONETTE WOODARD individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:23-cv-00979 |
| Plaintiff, | : : | |
| v. | : : | JURY DEMANDED |
| HUMANA, INC. and HEALTHUBB LLC | : : | |
| Defendant. | : : | |

## NOTICE OF PRESENTMENT OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday September 5, 2023 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sharon Johnson Coleman or any other judge sitting in her stead, in Courtroom 1241 in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiff's Motion to for Entry of Default as to Healthubb, LLC***, a copy of which has been served upon you.

                                                      PLAINTIFF,
                                                      By her attorneys,

                                                      */s/ Edward A. Broderick*
                                                      Edward A. Broderick
                                                      Broderick Law. P.C.
                                                      176 Federal Street, Fifth Floor
                                                      Boston, MA 02110
                                                      (t) (617) 738-7080
                                                      (f) (617) 830-0327
                                                      ted@broderick-law.com

        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

        Andrew W. Heidarpour (*pro hac vice application forthcoming*)
        AHeidarpour@HLFirm.com
        HEIDARPOUR LAW FIRM, PPC
        1300 Pennsylvania Ave. NW, 190-318
        Washington, DC 20004
        Telephone: (202) 234-2727

Date: August 23, 2023

## Certificate of Service

I hereby certify that I filed the foregoing with the Court's CM/ECF filing system which will effect service on all counsel of record and that one this date I served a copy of the same via first class mail, postage prepaid to HealthHubb, LLC's registered agent at the following address:

HealthHubb, LLC
c/o United States Corporation Agents, Inc.
651 N. Broad Street
Middletown, DE 19709


        */s/ Edward A. Broderick*
        Edward A. Broderick

Date: August 23, 2023