UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Antionette Woodward

                        Plaintiff,

v.                                                    Case No.: 1:23−cv−00979
                                                     Honorable Sharon Johnson Coleman

Humana, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 9/5/2023. Plaintiff's motion for entry of default as to Healthhubb LLC [28] is granted. Pursuant to Federal Rule of Civil Procedure 55(a), default is entered in favor of Plaintiff Antionette Woodward and against Defendant Healthubb, LLC. Enter Order. Defendant Humana's motion to dismiss [20] is fully briefed, the Court shall take it under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.