# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTIONETTE WOODARD individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:23-cv-00979 |
| Plaintiff, | : : | |
| v. | : : | JURY DEMANDED |
| HUMANA, INC. and HEALTHUBB LLC | : : | |
| Defendant. | : : | |

## ORDER ON MOTION FOR
## ENTRY OF DEFAULT AS TO HEALTHUBB LLC
## PURSUANT TO FED. R. CIV.P. 55(a)

Plaintiff Antionette Woodward has brought a motion for entry of default as to defendant Healthubb LLC pursuant to Rule 55(a) Federal Rule of Civil Procedure. As is attested to in the Declaration of Edward A. Broderick, it appears defendant Healthhubb LLC, a limited liability company, is not an infant, in the military or an incompetent person and has failed to plead or otherwise defend the action and has been properly served registered with a summons and copy of the Complaint in this action on March 15, 2023. Accordingly, it is ORDERED that Plaintiff's Motion for Entry of Default as to Healthubb LLC Pursuant to Fed. R. Civ. P. 55(a) is ALLOWED. This entry of default applies only to defendant Healthubb LLC and not defendant Humana, Inc.

Dated: September 5, 2023

_____
Honorable Sharon Johnson Coleman
United States District Judge